# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M174750
E/ct

RANDALL T. ENG, P.J.
WILLIAM F. MASTRO
REINALDO E. RIVERA
PETER B. SKELOS
MARK C. DILLON, JJ.

---

2014-00827

In the Matter of Ashley S. Miller,
an attorney and counselor-at-law.

(Attorney Registration No. 4319646)

DECISION & ORDER
VOLUNTARY RESIGNATION

---

      Ashley S. Miller has voluntarily submitted an affidavit dated January 20, 2014, wherein she resigns from the New York State Bar. Ms. Miller was admitted to the Bar in the State of New York at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on May 18, 2005. There are no complaints or charges of professional misconduct pending against her. Ms. Miller presently resides in Washington, does not practice law in New York, and under these circumstances, does not wish to pay the biennial registration fee.

      Upon the papers submitted in support of the resignation, it is

      ORDERED that the voluntary resignation of Ashley S. Miller is accepted and directed to be filed; and it is further,

      ORDERED that the name of Ashley S. Miller is removed from the roll of attorneys and counselors-at-law in the State of New York, without prejudice to an application for reinstatement; and it is further,

      ORDERED that pursuant to Judiciary Law § 90, effective immediately, Ashley S. Miller is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another in the State of New York, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority in this State, (3) giving to another an opinion as to the law or its application or any advice in relation thereto in this State, and (4) holding herself out in any way as an attorney and counselor-at-law in the State of New York; and it is further,

June 6, 2014

MATTER OF MILLER, ASHLEY S.

Page 1.

ORDERED that if Ashley S. Miller has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency.

ENG, P.J., MASTRO, RIVERA, SKELOS and DILLON, JJ., concur.

ENTER:

*Aprilanne Agostino*
Aprilanne Agostino
Clerk of the Court